AO 257 (Rev. 6/78)

SEALED BY ORDER OF THE COURT

| **DEFENDANT INFORMATION RELATIVE TO A CRIMINAL ACTION - IN U.S. DISTRICT COURT** ||
|---|---|
| BY: ☐ COMPLAINT  ☐ INFORMATION  ☒ INDICTMENT  ☐ SUPERSEDING | Name of District Court, and/or Judge/Magistrate Location<br>NORTHERN DISTRICT OF CALIFORNIA<br>OAKLAND DIVISION |

**OFFENSE CHARGED**

Counts 1 and 2: 18 U.S.C. § 2244(a)(4) – Abusive Sexual Contact

☐ Petty
☐ Minor
☐ Misdemeanor
☒ Felony

PENALTY: 2 years' imprisonment; lifetime supervised release; $250,000 fine; restitution; special assessment

**DEFENDANT - U.S**

▶ Enrique Chavez

DISTRICT COURT NUMBER

CR 22 104 JSW

**DEFENDANT**

IS *NOT* IN CUSTODY
1) ☒ Has not been arrested, pending outcome this proceeding. If not detained give date any prior summons was served on above charges ▶ _____
2) ☐ Is a Fugitive
3) ☐ Is on Bail or Release from (show District)

IS IN CUSTODY
4) ☐ On this charge
5) ☐ On another conviction        ☐ Federal  ☐ State
6) ☐ Awaiting trial on other charges
If answer to (6) is "Yes", show name of institution

Has detainer been filed?  ☐ Yes  ☐ No
If "Yes" give date filed _____

DATE OF ARREST ▶ Month/Day/Year _____
Or... if Arresting Agency & Warrant were not
DATE TRANSFERRED TO U.S. CUSTODY ▶ Month/Day/Year _____

☐ This report amends AO 257 previously submitted

**PROCEEDING**

Name of Complainant Agency, or Person (& Title, if any)
FBI

☐ person is awaiting trial in another Federal or State Court, give name of court _____

☐ this person/proceeding is transferred from another district per (circle one) FRCrp 20, 21, or 40.  Show District _____

☐ this is a reprosecution of charges previously dismissed which were dismissed on motion of:
☐ U.S. ATTORNEY  ☐ DEFENSE
SHOW DOCKET NO. _____

☐ this prosecution relates to a pending case involving this same defendant
MAGISTRATE CASE NO. _____

☐ prior proceedings or appearance(s) before U.S. Magistrate regarding this defendant were recorded under _____

Name and Office of Person Furnishing Information on this form   Stephanie M. Hinds
☒ U.S. Attorney  ☐ Other U.S. Agency

Name of Assistant U.S. Attorney (if assigned)   Mohit Gourisaria

FILED
MAR 10 2022
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

**ADDITIONAL INFORMATION OR COMMENTS**

PROCESS:
☐ SUMMONS  ☐ NO PROCESS*  ☒ WARRANT   Bail Amount: No bail

If Summons, complete following:
☐ Arraignment  ☐ Initial Appearance
Defendant Address: _____

* Where defendant previously apprehended on complaint, no new summons or warrant needed, since Magistrate has scheduled arraignment

Date/Time: _____   Before Judge: _____

Comments:

SEALED BY ORDER
OF THE COURT

# United States District Court

FOR THE
**NORTHERN DISTRICT OF CALIFORNIA**

VENUE: OAKLAND

FILED
MAR 10 2022
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

---

UNITED STATES OF AMERICA,

V.

ENRIQUE CHAVEZ,

CR 22 1044 JSW

DEFENDANT(S).

---

## INDICTMENT

18 U.S.C. § 2244(a)(4) – Abusive Sexual Contact (Two Counts)

---

A true bill.

*/s/ Foreperson of the Grand Jury - Roy Alper*
Foreman

Filed in open court this 10th day of March 2022.

Ivy L. Garcia, Clerk

United States Magistrate Judge, Donna M. Ryu

Bail, $ NO BAIL

SEALED BY ORDER OF THE COURT

STEPHANIE M. HINDS (CABN 154284)
United States Attorney

FILED
MAR 10 2022
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

UNITED STATES OF AMERICA,

    Plaintiff,

v.

ENRIQUE CHAVEZ,

    Defendant.

CASE NO. CR 22 104

VIOLATIONS:
18 U.S.C. § 2244(a)(4) – Abusive Sexual Contact (Two Counts)

OAKLAND VENUE

INDICTMENT

The Grand Jury charges that at all times relevant to this Indictment:

Introductory Allegations

1. The Federal Correctional Institution, Dublin ("FCI Dublin") was an all-female correctional institution that housed federal prisoners and was operated by the Federal Bureau of Prisons ("BOP").

2. FCI Dublin was located in Alameda County, California, within the Northern District of California.

3. The defendant ENRIQUE CHAVEZ ("CHAVEZ") was employed at FCI-Dublin as a correctional officer. CHAVEZ held the position of Cook Supervisor/Foreman.

4. As a correctional officer, CHAVEZ supervised and had disciplinary authority over female inmates incarcerated at FCI Dublin.

INDICTMENT      1

5. CHAVEZ was trained in BOP policies and procedures, which included training that sexual, financial, and social relationships with inmates were (and remain) prohibited.

6. Victim 1, an individual known to the Grand Jury, was an inmate detained at FCI Dublin, under the custodial, supervisory, and disciplinary authority of the defendant.

7. The term "sexual contact" meant "the intentional touching, either directly or through the clothing, of the genitalia, anus, groin, breast, inner thigh, or buttocks of any person with an intent to abuse, humiliate, harass, degrade, or arouse or gratify the sexual desire of any person." 18 U.S.C. § 2246(3).

## COUNT ONE
(Abusive Sexual Contact)

8. Paragraphs 1 through 7 of this Indictment are re-alleged and incorporated as if fully set forth here.

9. In or around October 2020, in the Northern District of California, the defendant

ENRIQUE CHAVEZ

knowingly engaged in or caused sexual contact with or by Victim 1; to wit, he intentionally touched Victim 1's breasts and buttocks with an intent to abuse, humiliate, harass, degrade, or arouse or gratify the sexual desire of any person, all in violation of Title 18, United States Code, Section 2244(a)(4).

## COUNT TWO
(Abusive Sexual Contact)

10. Paragraphs 1 through 7 of this Indictment are re-alleged and incorporated as if fully set forth here.

11. In or around October 2020, in the Northern District of California, the defendant

ENRIQUE CHAVEZ

knowingly engaged in or caused sexual contact with or by Victim 1; to wit, he intentionally touched

///
///
///
///

Victim 1's vagina and breasts with an intent to abuse, humiliate, harass, degrade, or arouse or gratify the sexual desire of any person, all in violation of Title 18, United States Code, Section 2244(a)(4).

DATED: March 10, 2022                                                      A TRUE BILL.

/s/ Foreperson of the Grand Jury - Roy Alper
FOREPERSON

STEPHANIE M. HINDS
United States Attorney

/s/ Mohit Gourisaria
MOHIT GOURISARIA
Assistant United States Attorney

INDICTMENT                                             3