1 STEPHANIE M. HINDS (CABN 154284)
United States Attorney
2
THOMAS A. COLTHURST (CABN 99493)
3 Chief, Criminal Division

4 MOHIT GOURISARIA (CABN 320754)
Assistant United States Attorney
5
   1301 Clay Street, Suite 340S
6    Oakland, California 94612
   Telephone: (510) 637-3680
7    FAX: (510) 637-3724
   Mohit.Gourisaria@usdoj.gov
8

9 Attorneys for United States of America

FILED

Mar 16 2022

Mark B. Busby
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
OAKLAND

SEALED BY ORDER OF THE COURT

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | NO. CR 22-104 JSW |
| Plaintiff, | ) ) ) | REVISED MOTION TO SEAL |
| v. | ) ) | **UNDER SEAL** |
| ENRIQUE CHAVEZ, | ) ) ) | |
| Defendant. | ) ) | |

    On March 10, 2022, the United States moved to seal the above-captioned case, including the Indictment and Arrest Warrant, because disclosure may have caused the defendant to flee, destroy evidence or conceal on-going criminal activity, jeopardizing the progress of the ongoing investigation and the arrest of the defendant. That motion to seal, which was granted by the Court, requested that the matter be unsealed upon defendant's arrest.

    Because the government is concerned that unsealing at the time of arrest may jeopardize the government's investigation into additional suspects who are under investigation for related crimes, the United States hereby requests that the above-captioned case not be unsealed upon defendant's arrest, and that it remain under seal until further order of the Court. The United States intends to move to unseal the case during the defendant's initial appearance and arraignment.

DATED:  March 16, 2022        Respectfully submitted,

STEPHANIE M. HINDS
United States Attorney

　　*/s/ Mohit Gourisaria*
MOHIT GOURISARIA
Assistant United States Attorney

| | |
|---|---|
| 1 | STEPHANIE M. HINDS (CABN 154284) <br> United States Attorney |
| 2 | |
| 3 | THOMAS A. COLTHURST (CABN 99493) <br> Chief, Criminal Division |
| 4 | MOHIT GOURISARIA (CABN 320754) <br> Assistant United States Attorney |
| 5 | |
| 6 | 1301 Clay Street, Suite 340S <br> Oakland, California 94612 |
| 7 | Telephone: (510) 637-3680 <br> FAX: (510) 637-3724 <br> Mohit.Gourisaria@usdoj.gov |
| 8 | |
| 9 | Attorneys for United States of America |

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| UNITED STATES OF AMERICA, | ) NO. CR 22-104 JSW |
|---|---|
| Plaintiff, | ) SEALING ORDER |
| v. | ) **UNDER SEAL** |
| ENRIQUE CHAVEZ, | ) |
| Defendant. | ) |

Upon motion of the United States and good cause having been shown, IT IS HEREBY ORDERED that this case remain under seal until further order of the Court.

IT IS SO ORDERED.

DATED: March 16, 2022

IT IS SO ORDERED
*Judge Donna M. Ryu*

_____
HON. DONNA M. RYU
United States Magistrate Judge