STEPHANIE M. HINDS (CABN 154284)
United States Attorney

THOMAS A. COLTHURST (CABN 99493)
Chief, Criminal Division

ANDREW PAULSON (CABN 267095)
Assistant United States Attorney

    1301 Clay Street, Suite 340S
    Oakland, California 94612
    Telephone: (510) 637-3680
    FAX: (510) 637-3724
    Andrew.paulson@usdoj.gov

Attorneys for United States of America

FILED

Mar 23 2022

Mark B. Busby
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
OAKLAND

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | CASE NO. 22-cr-00104 JSW |
| Plaintiff, | UNITED STATES' MOTION TO UNSEAL AND ORDER |
| v. | |
| ENRIQUE CHAVEZ, | |
| Defendant. | |

On March 16, 2022, the government filed a Revised Motion to Seal asking the Court to order that this case remain under seal until further order of the Court. The government indicated in that motion that it intended to move to unseal the case during the defendant's initial appearance and arraignment. The Honorable Donna M. Ryu, United States Magistrate Judge, granted the government's motion on March 16, 2022.

On March 20, 2022, the defendant was arrested in the District of Arizona. He is scheduled to have his initial Rule 5 appearance in that district on March 22, 2022.

The government is currently investigating additional suspects for related crimes. In connection with those investigations, the government plans to execute multiple search warrants on March 23, 2022.

Because unsealing this case prior to execution of those search warrants would jeopardize those investigations, the government requests that this case remain sealed until after execution of those search warrants.

DATED: March 22, 2022

Respectfully submitted,

STEPHANIE M. HINDS
United States Attorney

/s/ Andrew Paulson
ANDREW PAULSON
Assistant United States Attorney

STEPHANIE M. HINDS (CABN 154284)
United States Attorney

THOMAS A. COLTHURST (CABN 99493)
Chief, Criminal Division

ANDREW PAULSON (CABN 267095)
Assistant United States Attorney

    1301 Clay Street, Suite 340S
    Oakland, California 94612
    Telephone: (510) 637-3680
    FAX: (510) 637-3724
    Andrew.paulson@usdoj.gov

Attorneys for United States of America

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | CASE NO. 22-cr-00104 JSW |
| Plaintiff, | ORDER TO UNSEAL |
| v. | |
| ENRIQUE CHAVEZ, | |
| Defendant. | |

Upon motion of the United States and good cause having been shown, IT IS HEREBY ORDERED that this case be unsealed upon execution of the search warrants referenced in the government's motion.

DATED: March 23, 2022

                                        HON. DONNA M. RYU
                                        United States Magistrate Judge