UNITED STATES DISTRICT COURT
ARIZONA – TUCSON

March 24, 2022



USA v. Enrique Chavez                    Case Number: 22-02967MJ-001-TUC-DTF

## ORDER SETTING CONDITIONS OF RELEASE

Pursuant to 18 U.S.C. § 3142(c)(l)(B), the Court may impose the following least restrictive condition(s) only as necessary to reasonably assure the appearance of the person as required and the safety of any other person and the community.

The defendant is ORDERED released on PERSONAL RECOGNIZANCE (O/R):

**NEXT APPEARANCE: Initial Appearance in Oakland, CA, on 3/31/2022 at 10:00 AM.**
**DEFENDANT IS SUBJECT TO THE FOLLOWING CONDITIONS:**

1. The defendant promises to appear at all proceedings as required and to surrender for service of any sentence imposed.

2. The defendant shall not commit any federal, state, tribal or local crime.

3. The defendant shall cooperate in the collection of a DNA sample if the collection is authorized by 42 U.S.C. § 14135a.

4. The defendant shall IMMEDIATELY advise his/her attorney and Pretrial Services, in writing, PRIOR to any change in residence address, mailing address or telephone number.

5. The defendant shall report as directed to the U.S. PRETRIAL SERVICES 1-800-758-7505 or 520-205-4350; 405 W. Congress St., Suite 2600, Tucson, AZ 85701.

6. The defendant shall abide by the following restrictions on his or her personal associations, place of abode or **travel**: THE DEFENDANT SHALL NOT TRAVEL OUT OF THE STATE OF ARIZONA AND THE STATE OF CALIFORNIA, UNLESS PRIOR COURT PERMISSION IS GRANTED TO TRAVEL ELSEWHERE. **The defendant may travel directly to the prosecuting district, and through all states and counties in between the District of Arizona and the prosecuting district, for Court purposes and lawyer conferences only, unless PRIOR Court of Pretrial Services' permission is granted to travel elsewhere.**

7. The defendant shall avoid all direct or indirect contact with persons who are considered alleged victim(s) and potential witness(es).

8. The defendant shall surrender all travel documents to Pretrial Services by **March 31, 2022**, and will not obtain a passport or other travel document during the pendency of these proceedings.

9. The defendant shall maintain or actively seek employment (or combination work/school) and provide proof of such to Pretrial Services.

CC:    Pretrial Services, USM

10. The defendant shall participate in a mental health treatment program and comply with all the treatment requirements including taking all medication prescribed by the mental health care provider and make copayment toward the cost of services as directed by Pretrial Services.

11. The defendant shall reside at an address approved by Pretrial Services.

12. The defendant shall be released to the **third-party** custody of **Dominique Martinez** and shall reside with the third-party custodian unless Pretrial Services approves the defendant to reside elsewhere.

13. The defendant shall submit to the location monitoring technology, **BEGINNING ON 3/31/2022 when defendant arrives in the District of California, Oakland Division,** indicated below and shall abide by all technological requirements and instructions provided by Pretrial Services.

    ☒ Location monitoring technology at the officer's discretion
    ☐ Radio Frequency (RF) Monitoring
    ☐ Active GPS Monitoring
    ☐ Voice Recognition

14. **Home Detention:** The defendant is restricted to his/her residence at all times except for; employment, education, religious services, medical, substance abuse or mental health treatment, attorney visits, court appearances, court-ordered obligations, or other activities as pre-approved by Pretrial Services.

15. Defendant shall have no contact with former or current FCI Dublin staff, staff's family, inmates or inmates' family.

### ADVICE OF PENALTIES AND SANCTIONS

Violating any of the foregoing conditions of release may result in the immediate issuance of a warrant for your arrest, a revocation of your release, an order of detention, a forfeiture of any bond, and a prosecution for contempt of court and could result in imprisonment, a fine, or both.

While on release, if you commit a federal felony offense the punishment is an additional prison term of not more than ten years and for a federal misdemeanor offense the punishment is an additional prison term of not more than one year. This sentence will be consecutive (*i.e.*, in addition) to any other sentence you receive.

It is a crime punishable by up to ten years in prison, and a $250,000 fine, or both, to: obstruct a criminal investigation; tamper with a witness, victim, or informant; retaliate or attempt to retaliate against a witness, victim, or informant; or intimidate or attempt to intimidate a witness, victim, juror, informant, or officer of the court. The penalties for tampering, retaliation, or intimidation are significantly more serious if they involve a killing or attempted killing.

  If, after release, you knowingly fail to appear as the conditions of release require, or to surrender to serve a sentence, you may be prosecuted for failing to appear or surrender and additional punishment may be imposed. If you are convicted of:

  (1) an offense punishable by death, life imprisonment, or imprisonment for a term of fifteen years or more – you will be fined not more than $250,000 or imprisoned for not more than 10 years, or both;

  (2) an offense punishable by imprisonment for a term of five years or more, but less than fifteen years – you will be fined not more than $250,000 or imprisoned for not more than five years, or both;

  (3) any other felony – you will be fined not more than $250,000 or imprisoned not more than two years, or both;

  (4) a misdemeanor – you will be fined not more than $100,000 or imprisoned not more than one year, or both.

  A term of imprisonment imposed for failure to appear or surrender will be consecutive to any other sentence you receive. In addition, a failure to appear or surrender may result in the forfeiture of any bond posted.

## Acknowledgment of the Defendant

I acknowledge that I am the defendant in this case and that I am aware of the conditions of release. I promise to obey all conditions of release, to appear as directed, and surrender to serve any sentence imposed. I am aware of the penalties and sanctions set forth above.

| DATE | SIGNATURE | ADDRESS AND PHONE NUMBER OF DEFENDANT |
|---|---|---|
| 3/24/22 | F.M for Def | Ref Pretrial Services Report - not public record |

Custodian agrees to (a) supervise the defendant in accordance with all conditions of release, (b) to use every effort to assure the appearance of the defendant at all scheduled court proceedings, and to notify the court immediately in the event the defendant violates any condition of release or disappears. We, the undersigned, have read and understand the terms of this bond and conditions of release and acknowledge that we are bound by it until duly exonerated.

| DATE | SIGNATURE OF CUSTODIAN |
|---|---|
| 24 March 2022 | [signature] |

**This order authorizes the U.S. Marshal to release the defendant from custody.**

**Bond set by:** Jacqueline M. Rateau    **Defendant released by:** Jacqueline M. Rateau

Signed before me on this date: 3/24/2022

By U.S. Magistrate Judge: _Jacqueline M. Rateau_

Witnessed and acknowledged before:

| DATE | SIGNATURE OF WITNESS |
|---|---|
| 3/24/22 | [signature] |