Query   Reports   Utilities   Help   What's New   Log Out

# U.S. District Court
## DISTRICT OF ARIZONA (Tucson Division)
## CRIMINAL DOCKET FOR CASE #: 4:22-mj-02967-N/A-DTF-1

| | |
|---|---|
| Case title: USA v. Chavez | Date Filed: 03/22/2022 |
| Other court case number: 4:22-cr-104 JSW Northern District of California | Date Terminated: 03/25/2022 |

Assigned to: Magistrate Unassigned
Referred to: Magistrate Judge D Thomas Ferraro

**Defendant (1)**

**Enrique Chavez**  represented by  **Fernanda Munoz**
#92292-509                              Federal Public Defenders Office - Tucson
*TERMINATED: 03/25/2022*                407 W Congress St., Ste. 501
                                        Tucson, AZ 85701-1310
                                        520-879-7500
                                        Fax: 520-879-7601
                                        Email: fernanda_munoz@fd.org
                                        *LEAD ATTORNEY*
                                        *ATTORNEY TO BE NOTICED*
                                        *Designation: Public Defender or Community Defender Appointment*

**Pending Counts**                      **Disposition**
None

**Highest Offense Level (Opening)**
None

**Terminated Counts**                   **Disposition**
None

**Highest Offense Level (Terminated)**
None

**Complaints**                          **Disposition**
18:2244(a)(4) Abusive Sexual Contact

**Plaintiff**

**USA**                                            represented by   **Kevin Douglas Schiff**
                                                                    US Attorneys Office - Tucson, AZ
                                                                    405 W Congress St., Ste. 4800
                                                                    Tucson, AZ 85701-4050
                                                                    520-620-7347
                                                                    Fax: 520-620-7320
                                                                    Email: kevin.schiff@usdoj.gov
                                                                    *LEAD ATTORNEY*
                                                                    *ATTORNEY TO BE NOTICED*
                                                                    *Designation: Assistant US Attorney*

| Date Filed | # | Docket Text |
|---|---|---|
| 03/20/2022 | 1 | Arrest (Rule 40) of Enrique Chavez. (cc: AUSA; FPD - copies distributed) (DLC) (Entered: 03/23/2022) |
| 03/22/2022 | 2 | MINUTE ENTRY for proceedings held before Magistrate Judge Leslie A Bowman: Initial Appearance in Rule 5(c)(3) Proceedings as to Enrique Chavez held on 3/22/2022. Defendant states true name to be SAME. Defendant shall be temporarily detained in the custody of the United States Marshal.<br><br>**Appearances**: AUSA Kevin Schiff for the Government. AFPD Fernanda Munoz appointed for the defendant. Defendant in custody and present via video conference with consent. Interpreter: N/A. Detention/Removal Rule 5(c)(3) Hearing set for 3/24/2022 at 09:00 AM before Magistrate Judge Jacqueline M Rateau. (Recorded by COURTSMART.) Hearing held 4:11 PM to 4:30 PM. (cc: AUSA K. Schiff; FPD F. Munoz; PTS)(DLC) (Entered: 03/23/2022) |
| 03/23/2022 | 3 | ORDER as to Enrique Chavez, Under federal law, including Rule 5(f) of the Federal Rules of Criminal Procedure, Brady v. Maryland, 373 U.S. 83 (1963), and all applicable decisions from the Supreme Court and the Ninth Circuit interpreting Brady, the government has a continuing obligation to produce all information or evidence known to the government relating to guilt or punishment that might reasonably be considered favorable to the defendant's case, even if the evidence is not admissible so long as it is reasonably likely to lead to admissible evidence. Accordingly, the court orders the government to produce to the defendant in a timely manner all such information or evidence. Signed by Magistrate Judge Leslie A Bowman on 3/22/2022. (cc: AUSA K. Schiff; FPD F. Munoz)(DLC) (Entered: 03/23/2022) |
| 03/24/2022 | 6 | MOTION to Unseal Case by USA as to Enrique Chavez. (Attachments: # 1 Proposed Order)(DLC) (Entered: 03/24/2022) |
| 03/24/2022 | 8 | MINUTE ENTRY for proceedings held before Magistrate Judge Jacqueline M Rateau: Detention Hearing as to Enrique Chavez held on 3/24/2022. Defendant consents to the hearing being conducted via video teleconference. The Defendant further consents to their attorney signing court documents on their behalf. IT IS ORDERED the GPS monitoring condition shall be imposed when the defendant appears in the charging district on March 31, 2022, at 10:00 AM. Third-party custodian shall meet with Pretrial Services immediately following todays hearing. IT IS FURTHER ORDERED the defendant shall appear in the Northern District of California, Oakland Division, for an |

| | | |
|---|---|---|
| | | Initial Appearance on March 31, 2022 at 10:00 AM.<br><br>Appearances: AUSA Kevin Schiff for the Government, AFPD Fernanda Munoz for defendant. Defendant is present via teleconference and in custody., Rule 5(c)(3) Identity Hearing as to Enrique Chavez waived on 3/24/2022. (Recorded by COURTSMART.) Hearing held 9:02 AM to 9:52 AM.(SCA) (Entered: 03/25/2022) |
| 03/24/2022 | 9 | ORDER REQUIRING A DEFENDANT TO APPEAR IN THE DISTRICT WHERE CHARGES ARE PENDING AND TRANSFERRING BAIL as to Enrique Chavez. Signed by Magistrate Judge Jacqueline M Rateau on 03/24/2022.(SCA) (Entered: 03/25/2022) |
| 03/24/2022 | 10 | WAIVER of Rule 5(c)(3) Hearing by Enrique Chavez. (SCA) (Entered: 03/25/2022) |
| 03/24/2022 | 11 | ORDER Setting Conditions of Release as to Enrique Chavez. Signed by Magistrate Judge Jacqueline M Rateau on 03/24/2022.(SCA) (Entered: 03/25/2022) |
| 03/25/2022 | 7 | ORDER granting 6 Motion to Unseal Case as to Enrique Chavez (1). The Clerk of Court is directed to unseal this case in its entirety. Signed by Magistrate Judge D Thomas Ferraro on 3/24/2022.(DLC) (Entered: 03/25/2022) |
| 03/25/2022 | 12 | Notice to Northern District of California, Oakland Division of a Rule 5 or Rule 32 Initial Appearance as to Enrique Chavez. Please use PACER Court Links to access the public docket and documents.<br><br>*(If you wish to designate a different email address for future transfers, please send your request to the national list host at InterdistrictTransfer_TXND@txnd.uscourts.gov.)*<br>(SCA) (Entered: 03/25/2022) |