1  STEPHANIE M. HINDS (CABN 154284)
   United States Attorney
2
   THOMAS A. COLTHURST (CABN 99493)
3  Chief, Criminal Division

4  ANDREW PAULSON (CABN 267095)
   Assistant United States Attorney
5
        1301 Clay Street, Suite 340S
6       Oakland, California 94612
        Telephone: (510) 637-3680
7       FAX: (510) 637-3724
        Andrew.paulson@usdoj.gov
8
   Attorneys for United States of America
9
                       UNITED STATES DISTRICT COURT
10
                      NORTHERN DISTRICT OF CALIFORNIA
11
                              OAKLAND DIVISION
12

13  UNITED STATES OF AMERICA,           ) NO. 4:22-CR-00104-YGR
                                        )
14         Plaintiff,                   ) STIPULATION TO CONTINUE STATUS
                                        ) CONFERENCE AND TO EXCLUDE TIME FROM
15      v.                              ) MAY 11, 2022 TO JUNE 15, 2022 AND
                                        ) [PROPOSED] ORDER
16  ENRIQUE CHAVEZ,                     )
                                        )
17         Defendant.                   )
                                        )
18

19      This matter is currently set for a status conference on May 11, 2022. To provide adequate time

20  for the defense to review discovery already produced, for the government to obtain and produce

21  additional discovery, and for the parties to engage in discussions regarding a potential resolution of this

22  case, the parties hereby request that the status conference be continued to June 15, 2022.

23      The parties stipulate and agree that excluding time until June 15, 2022 will allow for the

24  effective preparation of counsel. *See* 18 U.S.C. § 3161(h)(7)(B)(iv). The parties further stipulate and

25  agree that the ends of justice served by excluding the time from May 11, 2022 through June 15, 2022

26  from computation under the Speedy Trial Act outweigh the best interests of the public and the defendant

27  in a speedy trial. 18 U.S.C. § 3161(h)(7)(A), (B)(iv).

28      The undersigned Assistant United States Attorney certifies that he has obtained approval from

Stip. to Continue Status Conference and Exclude Time and [Proposed] Order
Case No. CR 22-104-YGR

counsel for the defendant to file this stipulation and proposed order.

IT IS SO STIPULATED.

DATED: May 4, 2022　　　　　　　　　　　　*/s/ Andrew Paulson*
　　　　　　　　　　　　　　　　　　　　　ANDREW PAULSON
　　　　　　　　　　　　　　　　　　　　　Assistant United States Attorney

DATED: May 4, 2022　　　　　　　　　　　　*/s/ Steven Kalar*
　　　　　　　　　　　　　　　　　　　　　STEVEN KALAR
　　　　　　　　　　　　　　　　　　　　　Counsel for Defendant Enrique Chavez

## [PROPOSED] ORDER

The Court hereby continues the status conference in this matter to June 15, 2022 at 2:00 p.m. Additionally, based upon the facts set forth in the stipulation of the parties and the representations made to the Court, and for good cause shown, the Court finds that failing to exclude the time from May 11, 2022 through June 15, 2022 would unreasonably deny defense counsel and the defendant the reasonable time necessary for effective preparation, taking into account the exercise of due diligence. 18 U.S.C. § 3161(h)(7)(B)(iv). The Court further finds that the ends of justice served by excluding the time from May 11, 2022 through June 15, 2022 from computation under the Speedy Trial Act outweigh the best interests of the public and the defendant in a speedy trial. Therefore, and with the consent of the parties, IT IS HEREBY ORDERED that the time from May 11, 2022 through June 15, 2022 shall be excluded from computation under the Speedy Trial Act. 18 U.S.C. § 3161(h)(7)(A), (B)(iv).

IT IS SO ORDERED.

DATED: _5/4/2022_　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　HONORABLE YVONNE GONZALEZ ROGERS
　　　　　　　　　　　　　　　　　　　　　United States District Judge