UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

# CRIMINAL MINUTES

**Date:** July 27, 2022  **Time:** 2:31 – 2:38  **Judge:** YVONNE GONZALEZ ROGERS

**Case No.:** 22-cr-00104-YGR-1  **Case Name:** USA v. Enrique Chavez (PRESENT VIA ZOOM)

**Attorney for Plaintiff:** AUSA Andrew Paulson. Molly Priedeman
**Attorney for Defendant:** Steve Kalar

**Deputy Clerk:** Aris Garcia     **Reported by:** Pamela Hebel

## PROCEEDINGS

Status Conference – HELD via Zoom

**CASE CONTINUED TO:** 9/14/2022 at 3:00 p.m. for in person status conference.

**EXCLUDABLE DELAY:**
Category
Begins  7/27/2022
Ends    9/14/2022