STEPHANIE M. HINDS (CABN 154284)
United States Attorney

THOMAS A. COLTHURST (CABN 99493)
Chief, Criminal Division

MOLLY K. PRIEDEMAN (CABN 302096)
Assistant United States Attorney

    1301 Clay Street, Suite 340S
    Oakland, California 94612
    Telephone: (510) 637-3713
    Facsimile:  (510) 637-3724
    Molly.Priedeman@usdoj.gov

Attorneys for United States of America

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| UNITED STATES OF AMERICA, | ) No. 4:22-CR-00104-YGR |
|---|---|
| Plaintiff, | ) |
| v. | ) NOTICE OF APPEARANCE OF |
|  | ) GOVERNMENT COUNSEL |
| ENRIQUE CHAVEZ, | ) |
| Defendant. | ) |

Please take notice that as of July 28, 2022 the Assistant U.S. Attorney whose name, address, and telephone number is listed below is making appearance for the government.

MOLLY K. PRIEDEMAN (CABN 302096)
Assistant United States Attorney
1301 Clay Street, Suite 340S
Oakland, California 94612
Telephone: (510) 637-3713
Facsimile:  (510) 637-3724
Molly.Priedeman@usdoj.gov

///

///

///

NOTICE OF APPEARANCE
4:22-CR-00104-YGR

1  The Clerk is requested to modify the docket sheet and other court records so as to reflect that copies of
2  all orders and communications from the court will in the future be given also to AUSA Molly K.
3  Priedeman at the above mailing address, telephone number, facsimile number and e-mail address.

DATED: July 28, 2022               Respectfully submitted,

                                   STEPHANIE M. HINDS
                                   United States Attorney


                                   /s/ *Molly K. Priedeman*
                                   MOLLY K. PRIEDEMAN
                                   Assistant United States Attorney