```
STEVEN G. KALAR
Kalar Law Office
1569 Solano Avenue #312
Berkeley CA 94707
Telephone:   (415) 295-4675
Facsimile:   (415) 338-9950
Email:       Steven@KalarLaw.com
```

Counsel for Defendant Chavez

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>ENRIQUE CHAVEZ,<br><br>Defendant. | Case No.: CR 22-0104 YGR<br><br>**STIPULATED [~~PROPOSED~~] ORDER VACATING STATUS APPEARANCE AND SETTING DATE FOR CHANGE OF PLEA** |

The defendant in the above-titled case is currently scheduled to appear before the Court on Wednesday, September 14, 2022 for status and setting. In this stipulated order, the parties represent that they have arrived at a disposition and that Mr. Chavez will be entering a guilty plea pursuant to a written plea agreement. The Court is not available to accept a guilty plea on the September 14th date.

Therefore, the parties jointly request that the hearing now scheduled for September 14, 2022 be vacated. The parties ask that the matter be added to the Court's calendar on Thursday, October 27, 2022 at 1:00 p.m. for a change of plea. The parties jointly recommend exclusion of time until that date for the effective preparation of counsel.

Therefore, for good cause shown the status appearance now scheduled for September 14, 2022 is vacated. The matter shall be added to the Court's calendar on Thursday, October 27, 2022 at ~~1:00~~ 1:30

1  p.m. for change of plea. The government shall provide the Court with a copy of the plea agreement at
2  least one week before that date. Time shall be excluded under the Speedy Trial Act until October 27,
3  2022 while the Court considers the plea agreement, and for the effective preparation of counsel.

Dated:   September 9, 2022

IT IS SO STIPULATED.

STEVEN G. KALAR
Kalar Law Office

_____/S_____
Counsel for Enrique Chavez

Dated:   September 9, 2022

STEPHANIE HINDS
United States Attorney
Northern District of California

_____/S_____
ANDREW PAULSON
Assistant United States Attorney

IT IS SO ORDERED.

Dated:  September 12, 2022

YVONNE GONZALEZ ROGERS
United States District Judge

_____
NORTHERN DISTRICT OF CALIFORNIA

STIPULATED [PROPOSED] ORDER SETTING CHANGE OF PLEA
*CHAVEZ*, CR 22-0104 YGR

2