UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

### CRIMINAL MINUTES

**Date:** October 27, 2022      **Time:** 1:31 – 1:54      **Judge:** YVONNE GONZALEZ ROGERS

**Case No.:** 22-cr-00104-YGR-1      **Case Name:** UNITED STATES v. Enrique Chavez (PRESENT)

**Attorney for Plaintiff: AUSA Andrew Paulson**
**Attorney for Defendant: Steve Kalar**

**Deputy Clerk:** Aris Garcia                    **Reported by:** Belle Ball via Zoom

### PROCEEDINGS

Change of Plea – Held.

Guilty Plea to Count 2 of the Indictment. Plea is with consent of counsel. Plea is accepted and entered.

Defendant is referred to Probation for PSR.

Notes: An original plea agreement was signed and entered in Court today.

**CASE CONTINUED TO: 2/2/2023 at 3:00 p.m. for Sentencing**.