UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

## CRIMINAL MINUTES

**Date:** February 9, 2023   **Time:** 10:49 – 11:47   **Judge:** YVONNE GONZALEZ ROGERS

**Case No.:** 22-cr-00104-YGR-1   **Case Name:** UNITED STATES v. Enrique Chavez (PRESENT)

**Attorney for Plaintiff:** Andrew Jay Paulson, Molly Priedeman
**Attorney for Defendant:** Steve Gary Kalar

**Deputy Clerk:** Aris Garcia   **Reported by:** Raynee Mercado
**Probation Officer:** Katrina Chu

## PROCEEDINGS

**SENTENCING – HELD**

Portions of the PSR are struck and modified by the Court for the reasons stated on the record.

Count 2: Defendant is committed to the custody of the Bureau of Prisons for a **term of 20 months.** Defendant placed on Supervised Release for a **term of 10 years.**
A **$100 Assessment** is due immediately. Fine waived.

Government shall provide a list of names the defendant shall not have contact with.

The defendant shall self-surrender by 5:00 p.m. to either the designated facility or the U.S. Marshal in the Oakland Courthouse by 4/7/2023.

The Court recommends the defendant **NOT** be designated to a facility in California

Count 1 is Dismissed on motion by the government.