ISMAIL J. RAMSEY (CABN 189820)
United States Attorney

THOMAS A. COLTHURST (CABN 99493)
Chief, Criminal Division

MOLLY K. PRIEDEMAN (CABN 302096)
ANDREW PAULSON (CABN 267095)
Assistant United States Attorneys

   1301 Clay Street, Suite 340S
   Oakland, California 94612
   Telephone: (510) 637-3680
   FAX: (510) 637-3724
   molly.priedeman@usdoj.gov
   andrew.paulson@usdoj.gov

Attorneys for United States of America

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>   Plaintiff,<br><br>  v.<br><br>RAY J. GARCIA ,<br><br>   Defendant. | NO. CR-21-00429 YGR<br>[FILED NOVEMBER 2, 2021]<br><br>NOTICE OF RELATED CASE IN A CRIMINAL ACTION |
| UNITED STATES OF AMERICA,<br><br>   Plaintiff,<br><br>  v.<br><br>ROSS KLINGER,<br><br>   Defendant. | NO. CR-22-00031 YGR<br><br>[FILED JANUARY 28, 2022]<br><br>NOTICE OF RELATED CASE IN A CRIMINAL ACTION |

| | | |
|---|---|---|
| 1 | UNITED STATES OF AMERICA, ) | NO. CR-22-00066-YGR |
| 2 | Plaintiff, ) | [FILED FEBRUARY 17, 2022] |
| 3 | v. ) | NOTICE OF RELATED CASE IN A CRIMINAL ACTION |
| 4 | JOHN RUSSELL BELLHOUSE, ) | |
| 5 | Defendant. ) | |

| | | |
|---|---|---|
| 7 | UNITED STATES OF AMERICA, ) | NO. CR-22-00104-YGR |
| 8 | Plaintiff, ) | [FILED MARCH 10, 2022] |
| 9 | v. ) | NOTICE OF RELATED CASE IN A CRIMINAL ACTION |
| 10 | ENRIQUE CHAVEZ, ) | |
| 11 | Defendant. ) | |

| | | |
|---|---|---|
| 13 | UNITED STATES OF AMERICA, ) | NO. CR-23-0110-AMO |
| 14 | Plaintiff, ) | [FILED APRIL 13, 2023, 2022] |
| 15 | v. ) | NOTICE OF RELATED CASE IN A CRIMINAL ACTION |
| 16 | DARRELL WAYNE SMITH, ) | |
| 17 | a/k/a "Dirty Dick Smith," ) | |
| 18 | Defendant. ) | |

Pursuant to Local Criminal Rule 8-1, the United States of America hereby notifies the Court that the five above-captioned criminal cases are related. In CR-21-00429, Ray J. GARCIA is charged with three counts of sexual abuse of a ward in violation of 18 U.S.C. § 2243(b), four counts of abusive sexual contact in violation of 18 U.S.C. § 2244(a)(4), and one count of making a false statement to a government agency in violation of 18 U.S.C. § 1001(a)(2). The conduct occurred in 2019 and 2020 while GARCIA was the associate warden at BOP Federal Correctional Institution in Dublin (hereafter "FCI Dublin"). In CR-22-00031, Ross KLINGER is charged with three counts of sexual abuse of a ward in violation of 18 U.S.C. § 2243(b). The conduct occurred in 2020 while KLINGER was a correctional officer at FCI Dublin, and GARCIA was the associate warden. In CR-22-00066, John

1 Russell BELLHOUSE is charged with two counts of sexual abuse of ward in violation of 18 U.S.C. §
2 2243(b) and four counts of abusive sexual contact in violation of 18 U.S.C. § 2244(a)(4).  The conduct
3 occurred in 2020, while BELLHOUSE was KLINGER's supervisor on the Safety & Recycling crew at
4 FCI Dublin, and while GARCIA was the associate warden.  In CR-22-00104, Enrique CHAVEZ is
5 charged with two counts of abusive sexual contact in violation of 18 U.S.C. § 2244(a)(4).  The conduct
6 occurred in 2020 while CHAVEZ was a correctional officer at FCI Dublin, and GARCIA was the
7 associate warden.  In CR-23-0110, Darrell Wayne SMITH is charged with five counts of sexual abuse of
8 a ward in violation of 18 U.S.C. § 2243(b), six counts of abusive sexual contact in violation of 18 U.S.C.
9 § 2244(a)(3), and one count of aggravated sexual abuse in violation of 18 U.S.C. § 2241(a).  The
10 conduct occurred in between May 2019 and May 2021 while SMITH was a correctional officer at BOP
11 Federal Correctional Institute in Dublin (hereafter "FCI Dublin"), and GARCIA was the associate
12 warden.   Thus, all five cases involve sexual abuse of a ward at FCI Dublin during the same timeframe.
13 Moreover, GARCIA supervised KLINGER, BELLHOUSE, CHAVEZ, and SMITH during the
14 timeframe of the abuse.

15     The government anticipates that there will be overlap in the evidence that the government
16 produces in these cases.  All five cases arose from an investigation into FCI Dublin during the same
17 timeframe, and many of the interviews conducted by the government, as well as other evidence, pertain
18 to all three cases.  Based upon these facts, the cases are related within the meaning of Local Criminal
19 Rule 8-1(b)(2) because these actions appear likely to entail substantial duplication of labor if heard by
20 different Judges or might create conflicts and unnecessary expenses if conducted before different
21 Judges.

22     Pursuant to Local Criminal Rule 8-1(c)(4), government counsel states that assignment of these
23 cases to a single judge is likely to conserve judicial resources and promote an efficient determination of
24 each action.

25 DATED: May 11, 2023                                                         Respectfully submitted,

26                                                                                                  ISMAIL J. RAMSEY
                                                                                                    United States Attorney

27                                                                                                  */s/ Molly Priedeman*
28                                                                                                  MOLLY PRIEDEMAN
                                                                                                    Assistant United States Attorney