UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>ENRIQUE CHAVEZ,<br><br>Defendant. | CR-22-00104-YGR<br><br>ORDER RE: CJA APPOINTMENT OF AND AUTHORITY TO PAY COURT APPOINTED COUNSEL |

The individual named above as defendant, having testified under oath or having otherwise satisfied this court that he or she (1) is financially unable to employ counsel and (2) does not wish to waive counsel, and, because the interests of justice so require, the Court finds that the individual is indigent, therefore;

IT IS ORDERED that the attorney whose name and contact information are listed below is appointed to represent the above defendant, solely for the limited purpose of seeking sentence reduction under the retroactive provisions of Amendment 821.

Amy Craig
Ehrlich & Craig LLP
803 Hearst Ave.
Berkeley, CA 94710
(510)548-3600
amy@ehrlich-craig.com

_____
Appointing Judge: Hon. Judge Yvonne Gonzalez Rogers

| January 30, 2024 | January 19, 2024 |
|---|---|
| Date of Order | Nunc Pro Tunc Date |